FILED
2021 Jul-22  AM 09:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TARUS HAWKINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:20-cv-01900-KOB-SGC |
| RICKEY D. CUNNINGHAM, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On June 21, 2021, the magistrate judge entered a report and recommendation that the court dismiss this action without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failing to state a claim upon which relief may be granted. (Doc. 10). Although the magistrate judge advised the plaintiff of his right to file specific written objections within 14 days, the court has received no objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS her recommendation. Therefore, in accordance with 28 U.S.C. § 1915A(b), the court finds that the action should be dismissed without prejudice for failing to state a claim upon which relief can be granted.

The court will enter a separate Final Order.

DONE and ORDERED this 22nd day of July, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE